# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Adam Pezen

                    Plaintiff,

v.                                              Case No.: 1:15–cv–03484
                                                Honorable James B. Zagel

Facebook, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2015:

        MINUTE entry before the Honorable James B. Zagel: Motions for Leave to
Appear Pro Hac Vice [6], [7], and [8] are granted. Attorneys Joel Bernstein, Corban
Rhodes and Ross Kamhi are granted leave to appear on behalf of Plaintiff. Plaintiff's
Motions to Reassign [9] and [11] are granted. Further Order to issue reassigning case nos.
15cv4022 and 15cv4265 to Judge Zagel. Defendant's Motion for an Extension of Time
[18] is granted. Defendant shall answer or otherwise plead on or before 6/29/15. Hearings
set for 6/2/15 are stricken and no appearance is necessary. Status hearing set for 7/14/15 at
9:15 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.