UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ADAM PEZEN, Individually and on Behalf of All Other Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>                Defendant.<br>_____/ | CASE NO. 1:15-CV-03484<br><br><u>CLASS ACTION</u> |
| CARLO LICATA, Individually and on Behalf of All Other Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>                Defendant.<br>_____/ | CASE NO. 1:15-CV-04022<br><br>CLASS ACTION |
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>                Defendant.<br>_____/ | CASE NO. 1:15-CV-04265<br><br><u>CLASS ACTION</u> |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
AND SETTING SCHEDULE FOR CONSOLIDATED COMPLAINT
AND RESPONSIVE PLEADINGS**

1033342_1

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiffs Adam Pezen, Carlo Licata and Nimesh Patel (collectively, "Plaintiffs"), and Defendant Facebook, Inc. ("Facebook"), in the related actions titled *Pezen v. Facebook, Inc.*, No. 1:15-cv-03484 (N.D. Ill.) (the "*Pezen* Action"); *Licata v. Facebook, Inc.*, No. 1:15-cv-04022 (N.D. Ill.) (the "*Licata* Action"); and *Patel v. Facebook, Inc.*, No. 1:15-cv-04265 (N.D. Ill.) (the "*Patel* Action") (collectively, "the Actions"), hereby submit this stipulation and proposed order.

WHEREAS, on April 1, 2015, plaintiff Carlo Licata filed an action in the Circuit Court of Cook County, Illinois County Department, Chancery Division, captioned *Licata v. Facebook, Inc.*, which on or around May 6, 2015, defendant Facebook removed to the United States District Court for the Northern District of Illinois. That case has been assigned Case No. 1:15-cv-04022;

WHEREAS, on April 21, 2015, plaintiff Adam Pezen filed an action captioned *Pezen v. Facebook, Inc.*, Case No. 1:15-cv-03484, in the United States District Court for the Northern District of Illinois;

WHEREAS, on or around May 14, 2015, plaintiff Nimesh Patel filed an action captioned *Patel v. Facebook, Inc.*, Case No. 1:15-cv-04265, in the United States District Court for the Northern District of Illinois;

WHEREAS, on May 21, 2015, this Court entered Orders in the respective cases relating the *Licata*, *Pezen* and *Patel* Actions;

WHEREAS, the related Actions concern the same defendant, and involve substantially similar alleged issues of fact and law, insofar as each of the related Actions alleges claims against Facebook under the Illinois Biometric Information Privacy Act of 2008, 740 ILCS 14/1, *et seq.* ("BIPA") and seeks to certify a class of plaintiffs pursuant to Fed. R. Civ. P. 23;

WHEREAS, in an effort to avoid unduly burdensome duplication of labor for the Court and the parties, counsel for the parties in the above-captioned actions enter into the instant stipulation and proposed order consolidating the three Actions for all pre-trial proceedings in this Court.

Thus, IT IS HEREBY STIPULATED by the parties, through their counsel of record and subject to the approval of the Court, that:

1. The related Actions are hereby consolidated into one Consolidated Action bearing the case number Civil Action No. 1:15-cv-03484, pending before the Honorable James B. Zagel.

2. The docket in Civil Action No. 1:15-cv-03484 shall constitute the Master Docket for this Consolidated Action. Every pleading filed in the Consolidated Action in the Northern District of Illinois shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| ADAM PEZEN, et al., | ) | Master File No. 1:15-CV-3484 |
|---|---|---|
| Plaintiffs, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | |
| FACEBOOK, INC. | ) ) | |
| Defendant. | ) ) ) | |

This Document Relates To:

3. The file in Civil Action No. 1:15-cv-03484 shall constitute a Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:."

3

When a document applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action.

4. All other related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action and Master Docket. This Order shall apply to every such action, absent order of the Court.

5. Defendant intends to file a motion to transfer venue to the United States District Court for the Northern of California under 28 U.S.C. §1404(a) pursuant to a forum-selection clause. Plaintiffs in the Actions intend to oppose that motion.

6. Plaintiffs in the Actions have represented that they intend to file a motion seeking appointment of their counsel as Interim Lead Counsel for the putative class following the anticipated consolidation of the Actions. Plaintiffs shall file a Consolidated Complaint within 30 days of the Court's order on such motion.

7. Defendant shall not be required to answer or otherwise respond to the various initial complaints filed in the Actions or any subsequently filed related action. Defendant shall answer or otherwise respond to the Consolidated Complaint within 30 days after its filing.

8. If Defendant files a motion to dismiss, a motion to strike, or any other motion in response to the Consolidated Complaint, Plaintiffs shall have 30 days to file an opposition thereto, and Defendant shall file its reply papers within 15 days thereafter, unless otherwise agreed upon by the parties subject to Court approval. The parties shall meet and confer

regarding a proposed date for the hearing of any such motion, should the Court grant oral argument.

DATED: June 3, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (admitted *pro hac vice*)
DAVID W. HALL (admitted *pro hac vice*)

/s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dhall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK DEARMAN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

5

1033342_1

|  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@rgrdlaw.com |
|---|---|
|  | Attorneys for Plaintiff Nimesh Patel |
| DATED:  June 3, 2015 | LABATON SUCHAROW<br>JOEL H. BERNSTEIN<br>CORBAN S. RHODES |
|  |     /s/ Joel H. Bernstein<br>JOEL H. BERNSTEIN |
|  | 140 Broadway<br>New York, NY 10005<br>Telephone:  212-907-0700<br>212-818-0477 (fax)<br>jbernstein@labaton.com<br>crhodes@labaton.com |
|  | Attorneys for Plaintiff Adam Pezen |
| DATED:  June 3, 2015 | EDELSON P.C.<br>JAY EDELSON<br>RAFEY S. BALABANIAN<br>BENJAMIN H. RICHMAN |
|  |     /s/ Rafey S. Balabanian<br>RAFEY S. BALABANIAN |
|  | 350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Telephone:  312-589-6370<br>(312) 589-6378 (fax)<br>jedelson@edelson.com<br>rbalabanian@edelson.com<br>brichman@edelson.com |

6

                                              Attorneys for Plaintiff Carlo Licata

DATED: June 3, 2015                 MAYER BROWN LLP
                                              VINCENT J. CONNELLY

                                              /s/ Vincent J. Connelly
                                              VINCENT J. CONNELLY

                                            71 S. Wacker Drive
                                            Chicago, IL 60606
                                            Telephone: 312 782 0600
                                            312 701 7711 (fax)
                                            vconnelly@mayerbrown.com

                                            MAYER BROWN LLP
                                            LAUREN R. GOLDMAN
                                            1221 Avenue of the Americans
                                            New York, NY 10020
                                            lrgoldman@mayerbrown.com

                                            MAYER BROWN LLP
                                            ARCHIS A. PARASHARAMI
                                            1999 K Street, NW
                                            Washington, DC 20006
                                            aparasharami@mayerbrown.com

                                            Attorneys for Defendant Facebook, Inc.

                                 *      *      *

## **O R D E R**

      IT IS SO ORDERED.

DATED: _____     _____
                                                            THE HONORABLE JAMES B. ZAGEL
                                                            UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2015.

/s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

1033342_1

# Mailing Information for a Case 1:15-cv-03484 Pezen v. Facebook, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel H Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Vincent J. Connelly**
  vconnelly@mayerbrown.com,courtnotification@mayerbrown.com

- **Michael David Frisch**
  mfrisch@mayerbrown.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,jmarsala@mayerbrown.com

- **Ross M Kamhi**
  rkamhi@labaton.com,lmehringer@labaton.com,electroniccasefiling@labaton.com

- **Amelia Susan Newton**
  newton@laskyrifkind.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,lmehringer@labaton.com,electroniccasefiling@labaton.com

- **Norman Rifkind**
  rifkind@laskyrifkind.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`