

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ADAM PEZEN, et al., | Master File No. 1:15-cv-03484 |
| Plaintiffs, | CLASS ACTION |
| vs. | This Document Relates To: All Actions |
| FACEBOOK, INC. | |
| Defendant. | |

## ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL AND SETTING SCHEDULE

Presently pending before this Court are the Parties' Stipulation Consolidating Cases and Setting Schedule for Consolidated Complaint and Responsive Pleadings (*Pezen* Dkt. 23), Plaintiff's Motion for Class Certification, (*Pezen* Dkt. 24), Plaintiffs' Joint Motion for Appointment of Interim Co-Lead Counsel (*Pezen* Dkt. 26), and Defendant's Motion to Transfer Venue (*Pezen* Dkt. 34.). Having read and considered the moving papers and the statements of counsel at the July 2, 2015 presentment hearing, and good cause having been shown, the Court hereby orders as follows:

1. The *Pezen*, *Licata*, and *Patel* actions are hereby consolidated into one Consolidated Action bearing the case number Civil Action No. 1:15-cv-03484, pending before the Honorable James B. Zagel.

2. The docket in Civil Action No. 1:15-cv-03484 shall constitute the Master Docket for this Consolidated Action. Every pleading filed in the Consolidated Action in the Northern District of Illinois shall bear the following caption:

3. The file in Civil Action No. 1:15-cv-03484 shall constitute a Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a document applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action.

4. All other related actions subsequently filed in, or transferred to, the District Court handling the Consolidated Action shall be consolidated into the Consolidated Action and Master Docket. This Order shall apply to every such action, absent order of the Court.

5. Plaintiff's Motion to Certify Class (*Pezen* Dkt. 24) is hereby ENTERED and CONTINUED, and will be re-noticed at a future date.

6. Plaintiffs' Joint Motion for Appointment of Interim Co-Lead counsel (*Pezen* Dkt. 26) is GRANTED. Jay Edelson of Edelson PC, Joel Bernstein of Labaton Sucharow LLP, and Paul J. Geller of Robbins Geller Rudman & Dowd LLP are appointed Interim Co-Lead Class Counsel for the putative class and any subsequently consolidated or related action, pursuant to Fed. R. Civ. P. 23(g).

7. The Parties' agreed schedule is ENTERED as follows:

    a. Defendant shall not be required to answer or otherwise respond to the complaints in the pending individual actions.

    b. Plaintiffs shall file their response to Defendant's motion to transfer no later than July 31, 2015;

      c.    Defendant shall file its reply in support of its motion to transfer, if any, no later than August 14, 2015;

      d.    Plaintiffs shall file a Consolidated Complaint within 30 days of this Court's entry of an order on Defendant's motion to transfer;

      e.    Defendant shall answer or otherwise respond to Plaintiffs' Consolidated Complaint within 30 days of the complaint being filed.

8.    The hearing scheduled for July 14, 2015 is hereby vacated.

IT IS SO ORDERED.

DATED: 7-8-15

*/s/ James B. Zagel*
THE HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE

3