UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM PEZEN, et al., | ) | Master File No. 1:15-CV-3484 |
| | ) | |
| Plaintiffs, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Document Relates To: All Actions

**JOINT MOTION FOR ENTRY OF A STIPULATED ORDER TO TRANSFER VENUE**

For the reasons set forth in the accompanying Stipulation to Transfer of Venue, the parties jointly request that the Court enter their proposed order transferring these cases to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

DATED: July 27, 2015
ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (admitted *pro hac vice*)
DAVID W. HALL (admitted *pro hac vice*)

/s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dhall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK DEARMAN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

*Attorneys for Plaintiff Nimesh Patel*

DATED: July 27, 2015								LABATON SUCHAROW
									JOEL H. BERNSTEIN
									CORBAN S. RHODES


									    /s/ Joel H. Bernstein
									JOEL H. BERNSTEIN

									140 Broadway
									New York, NY 10005
									Telephone: 212-907-0700
									212-818-0477 (fax)
									jbernstein@labaton.com
									crhodes@labaton.com

									*Attorneys for Plaintiff Adam Pezen*

DATED: July 27, 2015								EDELSON P.C.
									JAY EDELSON
									RAFEY S. BALABANIAN
									BENJAMIN H. RICHMAN


									    /s/ Rafey S. Balabanian
									RAFEY S. BALABANIAN

									350 North LaSalle Street, 13th Floor
									Chicago, Illinois 60654
									Telephone: 312-589-6370
									(312) 589-6378 (fax)
									jedelson@edelson.com
									rbalabanian@edelson.com
									brichman@edelson.com

									*Attorneys for Plaintiff Carlo Licata*

3

DATED: July 27, 2015

                                              /s/ Lauren R. Goldman
                                            LAUREN R. GOLDMAN

1221 Avenue of the Americans
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

MAYER BROWN LLP
VINCENT J. CONNELLY
71 S. Wacker Drive
Chicago, IL 60606
vconnelly@mayerbrown.com


MAYER BROWN LLP
ARCHIS A. PARASHARAMI
1999 K Street, NW
Washington, DC 20006
aparasharami@mayerbrown.com

MAYER BROWN LLP
JOHN NADOLENCO (admitted *pro hac vice*)
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071
jnadolenco@mayerbrown.com

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2015, this **Joint Motion for Entry of a Stipulated Order to Transfer Venue** was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing were served on all counsel of record electronically via that system pursuant to Local Rule 5.3(a)(1).

/s/ Lauren R. Goldman
Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

/s/ Lauren R. Goldman
Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*