UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM PEZEN, et al., | ) | Master File No. 1:15-CV-3484 |
| Plaintiffs, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| FACEBOOK, INC., | ) ) | |
| Defendant. | ) ) ) | |

This Document Relates To: All Actions

## ORDER TRANSFERRING VENUE

For the reasons set forth in the Stipulation to Transfer of Venue jointly submitted by the parties, including the forum-selection clause in Facebook's terms of service, these cases are hereby TRANSFERRED to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

DATED: 7/29/15

*/s/ James B. Zagel*

_____
THE HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE